UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                           Case No. 17-49988-PJS

OLUKAYODE MASHA,                   Chapter 13

           Debtor(s).                            Honorable Phillip J. Shefferly
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:   Clerk of the Court                       Scott D. Kappler
       US Bankruptcy Court                 199 N. Main Street
       211 W. Fort St.                          Suite 119
       Ste. 2100                               Plymouth, MI 48170
       Detroit, MI 48226

                                                David Wm Ruskin
                                                26555 Evergreen Rd. Ste 1100
                                                Southfield, MI 48076

    PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and Moe Freedman, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                      BILL SCHUETTE
                                                      Attorney General

                                                      /s/ Moe Freedman
                                                      Moe Freedman (P74224)
                                                      Assistant Attorney General
                                                      Cadillac Place, Ste. 10-200
                                                      3030 W. Grand Blvd.
                                                      Detroit, MI 48202
                                                      Telephone: (313) 456-0140
                                                      E-Mail: FreedmanM1@michigan.gov

Dated: November 20, 2017